■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANONYMOUS, Appellant. [62 NYS3d 269]—

Judgment, Supreme Court, New York County (Mark Dwyer, J.), rendered July 22, 2015, convicting defendant, after a nonjury trial, of murder in the second degree, and sentencing him to a term of 17 years to life, unanimously affirmed.

The verdict was not against the weight of the evidence (*People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's rejection, after considering conflicting expert testimony, of defendant's insanity defense and his claim that he lacked the intent to kill. Defendant's homicidal intent could be reasonably inferred from his conduct and the surrounding circumstances, including defendant's infliction of numerous stab wounds to the victim's torso in the vicinity of vital organs, two of which pierced the victim's heart and one his left lung (*see e.g. People v Pusepa*, 135 AD3d 559 [1st Dept 2016], *lv denied* 27 NY3d 1004 [2016]).

We perceive no basis for reducing the sentence. Concur—Renwick, J.P., Kapnick, Gesmer and Kern, JJ.